> **Motion DENIED.**
>
> This the 12th day of March, 20 20.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-CR-137-FL-1

| UNITED STATES OF AMERICA | EMERGENCY MOTION TO MODIFY TERMS OF DEFENDANT'S PROBATION DUE TO COVID-19 |
|---|---|
| v. | |
| MARC A. SCHANTZ | |

The Defendant, Marc Schantz, through counsel, hereby moves the Court to modify the terms of Mr. Schantz's probation, in light of the advice of medical professionals and corrections officials regarding Coronavirus (COVID-19), and order that Mr. Schantz he serve two months on home confinement in lieu of serving his remaining five weekends in jail.[1] In support, Mr. Schantz shows as follows.

COVID-19 has just been declared to be a pandemic by the World Health Organization (WHO). The president just announced that travel from Europe (except the UK) has been suspended. The NBA suspended its season. The NCAA announced that the Men's Division I Basketball Tournament (March Madness) will take place without fans. The National Cathedral in Washington, D.C. is closing for two weeks.

A former CDC director stated, "Never before has a new pathogen emerged and caused a global spread like this." Washington Post.[2]

---

[1] As a special condition of Mr. Schantz's probation, the Court ordered Mr. Schantz to serve 45 days of intermittent confinement. In order to complete this intermittent confinement, Mr. Schantz is scheduled to spend the next five weekends in jail.

[2] https://www.washingtonpost.com/health/how-bad-will-the-coronavirus-outbreak-get-in-the-us/2020/03/03/55c5d088-5c9d-11ea-9055-5fa12981bbbf_story.html